IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHARLIE J. WILLIAMS,**

    **Plaintiff,**

**v.**                                                      **Case No. 4:24-cv-113-AW-MAF**

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

## **ORDER OF DISMISSAL**

Plaintiff filed a pro se lawsuit against the United States. Pending now is the magistrate judge's report and recommendation, which concludes the court should dismiss without prejudice based on Plaintiff's failure to comply with a court order. ECF No. 48. Plaintiff has filed no objection to the report and recommendation, and the deadline to do so has passed.

Having carefully considered the matter, I agree with the magistrate judge that dismissal is appropriate. I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order." The clerk will then close the file.

SO ORDERED on October 31, 2025.

                                                               s/ *Allen Winsor*
                                                                Chief United States District Judge